UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



SOUTHERN BANK AND
TRUST COMPANY,

     Plaintiff,

 v.            ACTION NO. 2:14cv272

AMBIKA CONDO, LLC,
ASHOK DHABUWALA,
SANJAY R. GANDHI, and
DHARMESH K. SHAH,

     Defendants.

## FINAL ORDER

   This matter comes before the court on plaintiff's Motion for Summary Judgment (ECF No. 22) filed November 7, 2014.  The matter was referred to a United States Magistrate Judge by Order dated November 25, 2014 (ECF No. 27), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

   The United States Magistrate Judge's Report and Recommendation was filed on January 26, 2015 (ECF No. 30).  The magistrate judge recommended granting plaintiff's Motion for Summary Judgment.

   By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto.  The court has received no objections to the magistrate

judge's report and recommendation, and the time for filing same has expired.  The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed January 26, 2015.  Accordingly, the plaintiff's Motion for Default Judgment is **GRANTED,** and judgment is entered in favor of the plaintiff and against all defendants jointly and severally for the principal balance of $1,462,955.21, interest through November 7, 2014, in the amount of $863,070.61, plus interest accruing at the rate of $507.69 per diem thereafter, and costs.  The court further **GRANTS** the plaintiff fourteen (14) days after entry of this judgment to file a motion for attorney's fees, pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure.

The Clerk shall so enter judgment.

The Clerk shall forward a copy of this Final Order to all parties of record.

It is so **ORDERED.**

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

February 18 , 2015

2